**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL -8 A 11: 13

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

| | | |
|---|---|---|
| *Thomas M. DiBiagio*<br>*United States Attorney*<br><br>*Richard C. Kay*<br>*Assistant United States Attorney* | *6625 United States Courthouse*<br>*101 West Lombard Street*<br>*Baltimore, Maryland 21201-2692* | *410-209-4800*<br>*TTY/TDD:410-962-4462*<br>*410-209-4850*<br>*FAX 410-962-3091* |

July 2, 2002

Honorable J. Frederick Motz
United States District Judge
510 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:   United States v. 3866 Ivory Road, etc.
           Civil No. JFM-02-424

Dear Judge Motz:

    This is a civil forfeiture case, pursuant to 21 U.S.C. section 881, seeking the forfeiture of real property located in Howard County. Notice of the pendency of the proceedings has been published in accordance with Rule C of the Supplemental Rules for Certain Admiralty and Maritime Proceedings.

    Arcangelo Tuminelli, represents the owners of the defendant property, and we have had substantive discussions about a settlement. I agreed to waive the deadlines for Mr. Tuminelli's clients to file claims and we are making significant progress towards a resolution.

    With the Court's continued indulgence for the informal stay, I will provide a status report to the Court on or before September 2, 2002.

                                   Very truly yours,
                                   Thomas M. DiBiagio
                                   United States Attorney

                                   Richard C. Kay
                                   Assistant United States Attorney

cc:   Arcangelo Tuminelli, Esq.