**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Thomas M. DiBiagio*
*United States Attorney*

*Richard C. Kay*
*Assistant United States Attorney*

*6625 United States Courthouse*
*101 West Lombard Street*
*Baltimore, Maryland 21201-2692*

*410-209-4800*
*TTY/TDD:410-962-4462*
*410-209-4850*
*FAX 410-962-3091*

May 7, 2003

Honorable J. Frederick Motz
United States District Judge
510 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:  United States v. 3866 Ivory Road, etc.
          Civil No. JFM-02-424

Dear Judge Motz:

    This is a civil forfeiture case, pursuant to 21 U.S.C. section 881, seeking the forfeiture of real property located in Howard County. Arcangelo Tuminelli represents the owners of the defendant property, and we believe that we have reached an agreement in principle. A written agreement is being mailed to Mr. Tuminelli today and, once it is signed, we will file a motion for an order that incorporates the agreement.

    With the Court's continued indulgence for the informal stay, I will provide a status report to the Court on or before July 1, 2003, if the case is not resolved by then.

                                Very truly yours,
                                Thomas M. DiBiagio
                                United States Attorney


                                Richard C. Kay
                                Assistant United States Attorney

cc:  Arcangelo Tuminelli, Esq.