**NOTICE OF COMPLAINT FOR FORFEITURE AGAINST REAL PROPERTY**

NOTICE IS HEREBY GIVEN that a civil complaint seeking forfeiture pursuant to 21 U.S.C. section 881 was filed on February 11, 2002, in the United States District Court for the District of Maryland by the United States of America, plaintiff, against the real property located at 3866 Ivory Road, Glen Elg, Maryland, under the Civil Docket number JFM02CV424. The complaint alleges that said property may, for the causes stated in the complaint, be condemned as forfeited to the United States.

In order to avoid forfeiture of the property, any person claiming an interest in the defendant real property must file a claim asserting that interest, in the manner set forth in Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, except that such claim must be filed not later than 30 days after the date of service of the complaint or, as applicable, not later than 30 days after the date of final publication of this notice. In addition, any person having filed such a claim shall also file an answer to the complaint not later than 20 days after the filing of the claim.

Claims should be filed with the Clerk of the Court, U.S. District Court for the District of Maryland, with a copy thereof sent to Richard C. Kay, Assistant United States Attorney, 101 West Lombard Street, Baltimore, Maryland 21201.

Johnny L. Hughes
U.S. Marshal
101 W. Lombard St.
Baltimore, Maryland 21201
(410) 962-2242

204/H/Mar. 14    C526083

---

**OFFICE OF**

**PATUXENT PUBLISHING COMPANY**

10750 LITTLE PATUXENT PARKWAY, COLUMBIA, MD 21044

3/14 2002

THIS IS TO CERTIFY, that the annexed advertisement of

was inserted in the following:

☒ Howard County Times

☐ Columbia Flier

weekly newspapers published in Howard County, Maryland, once a week for _____1_____ successive weeks before the 15th day of March 2002, that is to say, the same was inserted in the issues of 3/14.

PATUXENT PUBLISHING COMPANY
By _S. Wilkinson_
LEGAL ADVERTISING

---

IN THE CIRCUIT COURT

THE HOWARD COUNTY, IN EQUITY

Plaintiff

vs.

Defendant

CERTIFICATE OF PUBLICATION OF

**EXHIBIT B**