IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| | * |
| v. | * CIVIL NO. JFM-02-424 |
| | * |
| 3866 IVORY ROAD, etc., | * |
| Defendant, | * |
| | * |
| and | * |
| CONSUELO REGAN and | * |
| JOSEPH STEVEN LAWRENCE REGAN, | * |
| Claimants. | * |

* * * * * * *

## FINAL ORDER OF FORFEITURE

Upon review of the government's Motion for Final Order of Forfeiture and the entire record, it is this ___ day of July 2003, **ORDERED, ADJUDGED, AND DECREED** as follows:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. § 2465;

4. In accordance with the Settlement Agreement annexed to the government's motion, the official check in the amount of $43,500 is accepted as the substitute defendant property in accordance with 19 U.S.C. section 1615(c) and is condemned and all rights, title, and interest of Consuelo Regan and Joseph Steven Lawrence Regan, and any and all other persons in that substitute

r

defendant property is HEREBY FORFEITED to the United States of America.

    5. The U.S. Marshals Service shall dispose of the defendant property and the substitute defendant property in accordance with law and in accordance with the agreement annexed to the government's motion

    6. The clerk's office shall provide a copy of this order to all counsel of record

_____
J. Frederick Motz
United States District Judge

